**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chrome Hearts LLC

Plaintiff,

v.

Case No.: 1:26−cv−06598
Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 29, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for leave to file under seal [4] is granted. Plaintiff's motion for ex parte temporary restraining order including a temporary injunction, a temporary asset restraint, and expedited discovery [14] is granted. Enter sealed temporary restraining order. Plaintiff is granted leave to provide notice of a preliminary injunction via email. Plaintiff is reminded, however, that under the Seventh Circuit's recent decision in Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., 2026 WL 1502198 (7th Cir. May 29, 2026), email service does not comply with the Hague Convention, so formal service by email is only proper if the Hague Convention does not apply. If Plaintiff's position will be that the Hague Convention does not apply here because Defendants' addresses are not known, Plaintiff must support that position with sworn affidavits and legal authority, and Plaintiff will be required to explain, for each defendant on the Schedule A, what efforts Plaintiff undertook to determine that specific defendant's address and why such efforts were reasonably diligent. Plaintiff is further reminded that to establish personal jurisdiction, a defendant is required to have sold a product in Illinois, not just offered a product for sale in Illinois. Liu v. Monthly, 170 F.4th 1090 (7th Cir. 2026). Mere evidence of being willing to ship to Illinois customers is insufficient. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.