**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHROME HEARTS LLC,

      Plaintiff,

v.

A3M58RL55G47XU, et al.,

      Defendants.

Case No. 26-cv-06598

**Judge Charles P. Kocoras**

**Magistrate Judge Beth W. Jantz**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chrome Hearts

LLC ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|----------------|----------|
| Chen Ximei | 3 |

Dated this 9th day of July 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Chrome Hearts LLC*